Kaethe Willgeroth, administratrix of the estate of Alfred O. Willgeroth, deceased, appellant, v. Susie W. Maddox, administratrix of the estate of William A. Maddox, deceased, appellee. Gen. No. 9,087.

Opinion filed September 3, 1936.

Hall & Dusher, for appellant. William D. Knight and Hogan & Simon, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

The Grundy County National Bank and Warren E. Bull, appellees, v. Frank Sanford et al., appellants. Gen. No. 9,089.

Opinion filed September 3, 1936.

H. B. Smith, for appellants. Frank W. Young and David F. Root, for appellees.

Mr. Justice Wolfe delivered the opinion of the court.

THIRD DISTRICT.

John R. Bradshaw, appellee, v. Sallie A. Bradshaw, appellant. Gen. No. 8,967.

Opinion filed June 3, 1936.

C. E. Stenning, James S. Baldwin and John W. Freels, for appellant; Chester D. Kern, of counsel. Redmon, Redmon & Bodman, for appellee.

Mr. Presiding Justice Davis delivered the opinion of the court.